# Court of Appeals
# of the State of Georgia

ATLANTA,___June 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1753.  JIMMY BURKETT v. THE STATE OF GEORGIA**

Upon consideration of the Appellant's Motion to Remand, said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/10/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*